

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00793-CV

**IN RE** Michael E. **GEIGER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
Marialyn Barnard, Justice
Jason Pulliam, Justice

Delivered and Filed:  December 23, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On December 14, 2015, relator Michael E. Geiger filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-13615, styled *Michael E. Geiger v. Paul A. Hampel*, pending in the 407th Judicial District Court, Bexar County, Texas.